UNITED STATES of America,
Plaintiff–Appellee,

v.

Roderick Finnmark HADLEY,
Defendant–Appellant.

No. 07–13077
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2008.

H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Defendant–Appellant.

Before CARNES, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Roderick Hadley in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hadley's conviction and sentence are **AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Harold Clinton LASSETER,
Defendant–Appellant.

No. 07–14107
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2008.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Before ANDERSON, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Harold Clinton Lasseter, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Lasseter's sentence is **AFFIRMED.**